JAMES HENDERSHOT, RESPONDENT, v. NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, APPELLANT.

Argued October 25, 1927—Decided February 7, 1928.

For the respondent, *William C. Gebhardt & Son.*

For the appellant, *Hobart & Minard.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—Parker, Minturn, Kalisch, Black, Katzenbach, Lloyd, White, Van Buskirk, Kays, Hetfield, Dear, JJ. 11.

*For reversal*—None.